UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDANE ENTERPRISES, LLC,<br><br>                    Plaintiff,<br><br>                -v.-<br><br>JOHN DOES 1-5,<br><br>                    Defendants. | 21 Civ. 4538 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Plaintiff commenced this action with the filing of its Complaint on May 20, 2021.  ("Compl." (Dkt. #1)).  On June 22, 2021, the Court granted Plaintiff's motion for leave to serve a third-party subpoena on Amazon.com ("Amazon") in order to ascertain the name(s); address(es); email address(es); and telephone number(s) of Defendants John Does 1-5, who are alleged to maintain e-commerce stores on Amazon's retail platform.  (Dkt. #4).

Accordingly, it is ORDERED that Plaintiff shall submit a letter to the Court providing an update on the status of the third-party subpoena on or before November 1, 2021.

    SO ORDERED.

Dated:    October 25, 2021
         New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge