UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORDANE ENTERPRISES, LLC,

                        Plaintiff,

           -v.-

JOHN DOES 1-5,

                        Defendants.

21 Civ. 4538 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      On June 22, 2021, the Court granted Plaintiff's motion for leave to serve a third-party subpoena on Amazon.com ("Amazon") in order to ascertain the name(s); address(es); email address(es); and telephone number(s) of Defendants John Does 1-5, who are alleged to maintain e-commerce stores on Amazon's retail platform. (Dkt. #4). On October 25, 2021, the Court ordered Plaintiff to submit a letter to the Court providing an update on the status of the third-party subpoena. (Dkt. #5). On October 30, 2021, the Court received a letter from Plaintiff explaining that it had not yet received the responsive information from Amazon. (Dkt. #6). On November 2, 2021, the Court received a letter from Amazon's counsel advising the Court that Amazon intended to produce the responsive information to Plaintiff on November 10, 2021. (Dkt. #8).

      Accordingly, it is ORDERED that Plaintiff shall submit a letter to the Court providing an update on the status of the third-party subpoena on or before December 20, 2021.

      SO ORDERED.

Dated: December 10, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge